**EDWARD P. MANGANO**
County Executive



**JOHN CIAMPOLI**
Nassau County Attorney Designee

DONNA A. NAPOLITANO
Deputy Bureau Chief

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3027/FAX: 516-571-3058

January 30, 2010

*Via ECF*
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    RE:    **Ghedini v. Nassau County et al.**
             **09-CV-1376 (LDW)(AKT)**

Dear Judge Tomlinson:

      This office represents the Defendants, Nassau County, Nassau County Police Department, and Detective Joseph Rubino, in the above referenced matter. We write to advise the Court that the parties have reached a settlement agreement. A stipulation of discontinuance will be filed within the next several weeks. The parties would like to thank Your Honor for your time and assistance towards the resolution of this matter.

                                              Respectfully submitted,
                                              *Donna A. Napolitano*
                                              Donna A. Napolitano

cc:    James Costo, Esq.