UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

GIANCARLO GHEDINI,

                                              Plaintiff,                    09-CV-1376
                                                                       (LDW)(AKT)

                          - against -

NASSAU COUNTY; NASSAU COUNTY POLICE              STIPULATION OF
DEPARTMENT; DETECTIVE JOSEPH RUBINO,            DISCONTINUANCE
SHIELD #1224; and P.O. JOHN DOES #1-2; the
individual defendants sued individually and in their official
capacities,

                                              Defendants.
------------------------------------------------------------------- x

      IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed **with prejudice**, and without costs or attorney fees to either party as against the other.

Dated: Central Islip, New York
       February     , 2010

_____
James Costo, Esq.
234 Fifth Avenue, Suite 310
New York, New York 10001
Attorney for Plaintiff

JOHN CIAMPOLI
Nassau County Designee

_____
Donna A. Napolitano, Esq.
Deputy County Attorney
One West Street
Mineola, New York 11501
Attorneys for Defendants

SO ORDERED:

_____
U.S. District Judge Leonard D. Wexler